THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HOTEL MCALPIN, INC., et al., Appellants.

Argued January 18, 1951; decided March 8, 1951.

*Charles W. Merritt* and *Parker McCollester* for appellants.

*Frank S. Hogan, District Attorney* (*William Hoppen* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.